E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS                                                    JS-6
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
        Office of Program Litigation, Office 7
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: 510-970-4820
        Facsimile: 415-744-0134
        e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE A. FALLORINA, | ) Case No. 2:22-cv-03054-MAA |
| Plaintiff, | ) [PROPOSED] JUDGMENT OF |
| vs. | ) REMAND |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court, having approved the parties' Stipulation to Voluntary Remand
Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment
of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
above-captioned action is remanded to the Commissioner of Social Security for further
proceedings consistent with the Stipulation to Remand.

DATED: March 8, 2023        _____

                            HON. MARIA A. AUDERO
                            UNITED STATES MAGISTRATE JUDGE